No. 85–421.   PRUDENTIAL-BACHE SECURITIES INC. *v.* ANGELASTRO.   C. A. 3d Cir.   Certiorari denied.   JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 85–5164.   COLLINS ET AL. *v.* ILLINOIS.   Sup. Ct. Ill.;

No. 85–5180.   MADEJ *v.* ILLINOIS.   Sup. Ct. Ill.;

No. 85–5291.   COOKS *v.* OKLAHOMA.   Ct. Crim. App. Okla.;

No. 85–5308.   THOMAS *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.;

No. 85–5310.   BAXTER *v.* GEORGIA.   Sup. Ct. Ga.; and

No. 85–5477.   HARRELL *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.   Reported below: No. 85–5164, 106 Ill. 2d 237, 478 N. E. 2d 267; No. 85–5180, 106 Ill. 2d 201, 478 N. E. 2d 392; No. 85–5291, 699 P. 2d 653; No. 85–5308, 767 F. 2d 916; No. 85–5310, 254 Ga. 538, 331 S. E. 2d 561; No. 85–5477, 470 So. 2d 1303.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–1597.   MANN *v.* SPIEGEL, 471 U. S. 1136.   Petition for rehearing denied.

OCTOBER 22, 1985

No. 85–5447.   TOWLES *v.* UNITED STATES.   Ct. App. D. C. Certiorari dismissed under this Court's Rule 53.